■ In the Matter of GEOFFREY T. MOTT (Admitted as GEOFFREY THOMAS MOTT), a Disbarred Attorney. [948 NYS2d 908]

Mastro, A.P.J., Rivera, Skelos, Dillon and Hall, JJ., concur.